UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBRA LEE CLARK,

     Plaintiff,

                                  Case No. 1:17-cv-821

v.

                                   HONORABLE PAUL L. MALONEY

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

_____/

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is hereby entered in plaintiff's favor, the

Commissioner's decision is VACATED, and the matter is REMANDED pursuant to sentence four

of 42 U.S.C. § 405(g) for further proceedings.

Dated:  September 4, 2018                  /s/  Paul L. Maloney
                                         Paul L. Maloney
                                         United States District Judge