UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBRA LEE CLARK,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:17-cv-821

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff has applied for attorney fees and costs under the Equal Access to Justice Act ("EAJA"). (ECF No. 16). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on February 14, 2019, recommending that this Court grant in part and deny in part Plaintiff's motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 18) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for attorney fees and costs is GRANTED IN PART AND DENIED IN PART. Plaintiff is awarded three thousand, six hundred five dollars ($3,605.00) pursuant to the EAJA, and this award shall be paid directly to Plaintiff.

Dated: March 4, 2019
                                              /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              United States District Judge